# WARRANT FOR ARREST

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Devonere Johnson,<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br>20-mj-78 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Devonere Johnson<br>aka Yeshua Musa<br>Dane County Jail | |

Warrant Issued on the Basis of:

☐ Indictment    ☐ Order of Court    ☐ Information    ☒ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: Western District of Wisconsin        City: Madison

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hobbs Act (extortion)

IN VIOLATION OF 18 U.S.C. Sections 1951.

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: [signature]    Federal Judge/Magistrate Judge | Date Order: 6-26-20 |
|---|---|
| Clerk of Court:         (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |

15