# COURTROOM MINUTES
# CRIMINAL

DATE: 7/1/2020   DAY: Wednesday   START TIME: 12:58 pm   END TIME: 1:02 pm
JUDGE/MAG.: SLC   CLERK: rks   REPORTER: JD
PROBATION OFFICER: Plender   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 20-mj-78-slc   CASE NAME: USA v. Devonere Johnson
PROCEEDING: Initial Appearance

**APPEARANCES:**
ASST. U.S. ATTY.: Stephan   DEFENDANT ATTY.: Bugni

DEFENDANT PRESENT:  ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Defendant temporarily detained.
Arraignment to be scheduled at later date.

TOTAL COURT TIME: 0'4"